UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED

2010 OCT 27 ᴾ 4: 40

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

TERRY LAJUAN WRIGHT,

    Petitioner,                    Case No.:    3:89-cr-228-J-20TEM

v.

UNITED STATES OF AMERICA,

    Respondent.

## ORDER

Before this Court is Petitioner's Motion to Set Aside, Correct, Modify, or Reduce Sentence Pursuant to Rule 60(b) (Doc. 212, filed October 15, 2010).

On March 10, 2003, Petitioner filed a Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Doc. 174), which was denied on March 13, 2003. (Doc. 177). On May 9, 2003, Petitioner's Motion for Certificate of Appealability was denied. (Doc. 180). The Circuit Court of Appeals denied the appeal on July 9, 2003. (Doc. 181).

In the instant motion, Petitioner seeks, pursuant to Federal Rule of Civil Procedure 60(b), to challenge this Court's trial rulings and thereby reopen his previously denied § 2255 motion. Specifically, Petitioner maintains that intervening changes in the law in interpreting the Armed Career Criminal Act raise questions regarding his sentencing under 18 U.S.C. §§ 924(c), (e).

The Eleventh Circuit has provided that the avenue to attack a federal conviction and sentence is pursuant to § 2255. *Birdsell v. Alabama*, 834 F.2d 920, 922 n.5 (11th Cir. 1987).

Furthermore, in *Gonzalez v. Crosby*, 545 U.S. 524, 532 (2005), the Supreme Court determined that a Rule 60(b) motion is a successive petition for writ of habeas corpus when new grounds for relief are pursued or if a court's prior determination of a claim, on the merits, is challenged.

Accordingly, since Petitioner has failed to move in the Eleventh Circuit Court of Appeals for an order authorizing this Court to consider the instant petition, this Court is without jurisdiction to entertain the motion. *See* Antiterrorism and Effective Death penalty Act of 1996, Section 106(b)(3)(A) (before a second or successive habeas corpus application is filed in this Court, Petitioner shall move in the United States Court of Appeals for the Eleventh Circuit for an order authorizing the district court to consider the application).

Accordingly, it is **ORDERED**:

1. Petitioner's Motion to Set Aside, Correct, Modify, or Reduce Sentence Pursuant to Rule 60(b) (Doc. 212, filed October 15, 2010) is **DENIED**.

2. The Clerk of Court is directed to terminate all pending motions and **CLOSE** the file.

**DONE AND ENTERED** in Jacksonville, Florida, this 27th day of October, 2010.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:

Terry LaJuan Wright, *Pro Se*
Mark Devereaux, AUSA

2